■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABU MALIK, Appellant. [670 NYS2d 341] —Appeal by the defendant from a judgment of the County Court, Nassau County (Palmieri, J.), rendered May 16, 1995, convicting him of criminal possession of stolen property in the fourth degree and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt for the crime of resisting arrest (*see,* Penal Law § 205.30). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Miller, J. P., Thompson, Friedmann and McGinity, JJ., concur.